**Jimmy L. TODD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 91841.**

Missouri Court of Appeals, Eastern District, Division Two.

April 28, 2009.

Mark A. Grothoff, Columbia, MO, for appellant.

Chris Koster, Atty. Gen., John M. Reeves, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before ROY L. RICHTER, P.J., LAWRENCE E. MOONEY, J., and GEORGE W. DRAPER III, J.

## ORDER

PER CURIAM.

Jimmy L. Todd appeals the motion court's denial without an evidentiary hearing of his Rule 29.15 motion for postconviction relief. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 84.16(b)(2).